## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

In re: DBSI Inc., et al.

_____

| | | |
|---|---|---|
| Wavetronix LLC, | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | C. A. No. 13-976 |
| | : | |
| Conrad Myers, et al., | : | Bankruptcy Case No. 08-12687 |
| | : | AP No. 13-43 |
| Appellees. | : | |

## <u>RECOMMENDATION</u>

At Wilmington this **12th** day of **June, 2013**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, a teleconference was held on    for an initial review and discussion with counsel to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, the issues are not presently amenable to mediation and in light of the parties' previous unsuccessful attempts to mediate, mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court.  Because of the parties request to withdraw this matter from mandatory mediation, it does not appear

objections will be filed to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), Fᴇᴅ.

R. Cɪᴠ. P. 72(a) and D. Dᴇʟ. LR 72.1.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE